

UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT

OF TEXAS

ENTERED
05/25/2010

| | |
|---|---|
| In Re: | CASE NO. 04-36161-H1-4 |
| Frank Bernard Broussard | #69 |
| Janet Marie Broussard | |
| Debtor(s) | ORDER TO PAY UNCLAIMED FUNDS |

It appearing that the check made payable to Frank Bernard Broussard and Janet Marie Broussard in the amount of $2,884.31 was not charged against the bank account of the above debtors within the 90 day limit and an unclaimed money report was entered to close the account and transfer the monies into the Registry of the Clerk, U.S. Bankruptcy Court, and

It further appearing that Frank Bernard Broussard and Janet Marie Broussard are now claiming the above monies in the APPLICATION attached hereto,

It is ordered that the Clerk of the U.S. Bankruptcy Court pay said sum of $2,884.31 to:   Frank B. Broussard & Janet M. Broussard

C/O ASSET RECOVERY TRUST

P.O. BOX 4296

COSTA MESA, CA 92628

Dated: 5/25/10

UNITED STATES BANKRUPTCY JUDGE